UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22743-CIV-JEM

NELSON ROMERO, MILEIDY
MANTECON, OTNIEL CISNEROS,
MARBELYS NOHEMI CARDY, and all
others similarly situated under 29 U.S.C.
216(B),

        Plaintiff,

vs.

GREAT MOBILITY, INC., d/b/a
GREAT MOBILITY,
EASTCOAST TRANSPORTATION
COMPANY OF SOUTH FLORIDA, LLC.,
ERICK CASTILLO,
IRENE BRITO,
ELIZABETH SANCHEZ,
MAXIMO SANCHEZ,

        Defendants.
_____

**NOTICE OF ACCEPTING SERVICE AS TO DEFENDANT, EASTCOAST TRANSPORTATION COMPANY OF SOUTH FLORIDA, LLC.**

**COME(S) NOW** the undersigned counsel and notices the Court that on October 10, 2017, via email, Defense Counsel, Winston I. Cuenant, Esq., has agreed to accept service on behalf of Defendant, EASTCOAST TRANSPORTATION COMPANY OF SOUTH FLORIDA, LLC., effective October 11, 2017, of the First Amended Complaint [DE10]. *See attached*, Exhibit "A" conferral emails.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

            By:_s/ Rivkah F. Jaff, Esq. ___
            Rivkah F. Jaff, Esquire
            Florida Bar No.: 107511

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 10/11/17 TO:**

**WINSTON I. CUENANT, ESQ.
CUENANT & NAZARETH, PA
2550 N. FEDERAL HWY., SUITE #10
FORT LAUDERDALE, FL 33305
PH: (954)766-4271
FAX: (954)379-4454
EMAIL:  WINSTON@CUENANTLAW.COM**

**BY:___/s/___Rivkah Jaff_____
   RIVKAH JAFF, ESQ.**