UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-22743-CIV-MARTINEZ-OTAZO-REYES

NELSON ROMERO,
    Plaintiff,
vs.

GREAT MOBILITY, INC., et al.,
    Defendants.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendants Eastcoast Transportation Company of South Florida, LLC, Irene Brito, Erick Castillo, Great Mobility, Inc., Elizabeth Sanchez, and Maximo Sanchez [ECF Nos. 22, 23]. Upon review of the record, it appears that each Defendant has indeed failed to answer or otherwise respond to the complaint. Therefore, it is:

**ORDERED AND ADJUDGED** that

1.    Plaintiff shall submit a *Motion for Default Final Judgment* no later than **December 8, 2017**, that includes affidavits of the amount due by each Defendant and any other supporting documentation necessary to determine the measure of damages. Plaintiff shall send a copy of the motion to each Defendant's counsel or to a Defendant, if a Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.

2.    If a Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before **January 2, 2018**, default final judgment may be entered. Simply put for individuals without an attorney, if a Defendant does not send an objection to the Clerk of

Court before the above deadline, then Plaintiff may be able to take Defendant's property or money.

       3. Plaintiff's failure to file for the Motion for Default Final Judgment within the specified time will result in a **dismissal** without prejudice.

       4. Plaintiff shall immediately send a copy of this Order to each Defendant and file a certificate of service on the record.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of November, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record