UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22743-CIV-JEM

| | |
|---|---|
| NELSON ROMERO, MILEIDY MANTECON, OTNIEL CISNEROS, MARBELYS NOHEMI CARDY, and all others similarly situated under 29 U.S.C. 216(B),<br><br>                    Plaintiff,<br><br>          vs.<br><br>GREAT MOBILITY, INC., d/b/a GREAT MOBILITY, EASTCOAST TRANSPORTATION COMPANY OF SOUTH FLORIDA, LLC., ERICK CASTILLO, IRENE BRITO, ELIZABETH SANCHEZ, MAXIMO SANCHEZ,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

## **PLAINTIFFS' NOTICE OF COMPLIANCE WITH [DE25] RE: NOTICE**

COME NOW the Plaintiffs, by and through undersigned, and file this Notice of Compliance with [DE25], and state as follows:

1. Per the Court's Order on Default Final Judgment Procedure [DE25], "Plaintiff shall submit a Motion for Default Final Judgment no later than 12/8/2017. If a Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before 1/2/2018, default final judgment may be entered."

2. On November 17, 2017, Plaintiffs filed their Motion for Default Judgment Final as to Defendants, Jointly and Severally, and for Extension of Time to File One Motion Regarding Fees and Costs, Including Future Fees and Costs Regarding Collection of Default at the Conclusion of Collection. [DE26].

3.  As of the date of filing the instant Notice, Defendants have failed to respond to the Complaint and/or move to set aside the Clerk's Default in compliance with the Court's Order [DE25].

4.  **Plaintiffs refer to the attached as Exhibit "A" reflecting that Plaintiffs' Motion [DE26] was sent to Defendants via U.S. Mail per the requirements of the Court's Order [DE25]. Plaintiffs' also refer to the Certificate of Service in Plaintiffs' Motion [DE26].**

WHEREFORE THE PLAINTIFFS RESPECTFULLY REQUEST ENTRY OF AN ORDER OF FINAL DEFAULT JUDGMENT TO BE ENTERED AGAINST DEFENDANTS, JOINTLY AND SEVERALLY, AND FOR FEES AND COSTS, INCLUDING FUTURE FEES AND COSTS IN COLLECTION OF THE FINAL DEFAULT JUDGMENT TO BE DETERMINED BY THIS COURT UPON COLLECTION. PLAINTIFFS RESPECTFULLY REQUEST THAT THIS COURT ENLARGE TIME FOR PLAINTIFFS TO FILE ONE FEE AND COST MOTION AFTER THE COLLECTION OF THE FINAL DEFAULT JUDGMENT AND TO RETAIN JURISDICTION TO ENTERTAIN SAME SO THAT ONE FEE AND COST MOTION CAN BE FILED FOR ALL FEES AND COSTS TO DATE ALONG WITH FEES AND COSTS ASSOCIATED WITH COLLECTIONS. *See also,* [DE26].

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/20/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:___/s/___Rivkah Jaff_____**
**RIVKAH JAFF, ESQ.**