

Rivkah Jaff <rivkah.jaff@gmail.com>

## Activity in Case 1:17-cv-22743-JEM Romero v. Great Mobility, Inc. et al Motion for Default Judgment

2 messages

---

**cmecfautosender@flsd.uscourts.gov** <cmecfautosender@flsd.uscourts.gov>   Fri, Nov 17, 2017 at 1:02 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Jaff, Rivkah on 11/17/2017 at 1:02 PM EST and filed on 11/17/2017

**Case Name:**   Romero v. Great Mobility, Inc. et al
**Case Number:**   1:17-cv-22743-JEM
**Filer:**   Marbelys Nohemi Cardy
Otniel Cisneros
Mileidy Mantecon
Nelson Romero
**Document Number:** 26

**Docket Text:**
**Plaintiff's MOTION for Default Judgment** *Final as to Defendants, Jointly and Severally,*, **Plaintiff's MOTION for Extension of Time to File One Motion Regarding Fees and Costs, Including Future Fees and Costs Regarding Collection of Default at the Conclusion of Collection ( Responses due by 12/1/2017) by Marbelys Nohemi Cardy, Otniel Cisneros, Mileidy Mantecon, Nelson Romero. (Attachments: # (1) Affidavit of Plaintiff Marbelys Nohemi Cardy, # (2) Affidavit of Plaintiff Mileidy Mantecon, # (3) Affidavit of Plaintiff Nelson Romero, # (4) Affidavit of Plaintiff Otniel Cisneros)(Jaff, Rivkah)**

**1:17-cv-22743-JEM Notice has been electronically mailed to:**

Jamie H. Zidell &nbsp &nbsp ZABOGADO@AOL.COM

Neil Tobak &nbsp &nbsp ntobak.zidellpa@gmail.com

Rivkah Fay Jaff &nbsp &nbsp Rivkah.Jaff@gmail.com

**1:17-cv-22743-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1105629215 [Date=11/17/2017] [FileNumber=16976943
-0] [90415bb093aa34d91753c95eea70cc22ccbed40861fb975c25c9eaad8e5326e80
f0df2c6a28e0d3454fe2501dfe42e477ce79547156faa426636a0b6a8d496aa]]
**Document description:**Affidavit of Plaintiff Marbelys Nohemi Cardy
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=11/17/2017] [FileNumber=16976943
-1] [451075efa07d42e39573152402a5075f90ec31d8fc6dc27bc4266ce10b5d0b996
f7e09e1b3ef483e78f4ddca6ae31f781a2ad238ffb3d1d44b65988ea91a01ba]]
**Document description:**Affidavit of Plaintiff Mileidy Mantecon
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=11/17/2017] [FileNumber=16976943
-2] [8b0c15670cdde5a793b9ccba97833ad4929b3f821dcdb61a5b55881ff4a408276
8666057a474f0489c499b04879ed5b90a15144dbc56bb0331da9c0f879d81ca]]
**Document description:**Affidavit of Plaintiff Nelson Romero
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=11/17/2017] [FileNumber=16976943
-3] [3f8aeef42a571783c7a40e3e7225d11a9ad7a541af9a138bc2f43e8470fea2b98
596441f819a97fe657a9995108dad8f5d0647c3b14d31b13fa6e45f4d4ed1eb]]
**Document description:**Affidavit of Plaintiff Otniel Cisneros
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=11/17/2017] [FileNumber=16976943
-4] [150ec3a2aa600c7b876390bd27c5b42fd048c90cb53c7d033e6b7dad7edc0bdf5
f2a1122ad030763ca66debb912d3be0d29132cfe71855a5834c7f5a2f723b27]]

---

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                                     Fri, Nov 17, 2017 at 1:04 PM
To: winston@cuenantlaw.com, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

Winston:

See docket filed today.

Best,
[Quoted text hidden]
--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

**NOTICE**:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

---

📄 **Plaintiffs' Motion for Final Default Judgment and Enlargement of Time to File One Fee and Cost Motion.pdf**
90K