

**STATE & FEDERAL COURT PRACTICE**
CITY NATIONAL BANK BUILDING
300 71st STREET, SUITE 605
MIAMI BEACH, FL 33141



East Coast Transportation Company of South Florida LLC
Reg. Agt. Winston I. Guenant, Esq.
Guenant & Nazareth, P.A.
2550 N. Federal Hwy., Ste #10
Fort Lauderdale FL 33305



STATE & FEDERAL
COURT PRACTICE
CITY NATIONAL BANK BUILDING
300 71st STREET, SUITE 605
MIAMI BEACH, FL 33141

MAXIMO SANCHEZ
12209 NW 106 COURT
MEDLEY FL 33178





STATE & FEDERAL
COURT PRACTICE
CITY NATIONAL BANK BUILDING
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141

Elizabeth Sanchez
12209 NW 106 Court
Medley FL 33178





**STATE & FEDERAL COURT PRACTICE**
CITY NATIONAL BANK BUILDING
300 71st STREET, SUITE 605
MIAMI BEACH, FL 33141

IRENE BEITO
12209 NW 106 COURT
MEDLEY FL 33178







STATE & FEDERAL
COURT PRACTICE
CITY NATIONAL BANK BUILDING
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141

ERICK CASTILLO
12209 NW 106 COURT
MEDLEY FL 33178







STATE & FEDERAL
COURT PRACTICE
CITY NATIONAL BANK BUILDING
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141

GREAT MOBILITY INC. D/B/A GREAT MOBILITY
REG. AGT: ELIZABETH SANCHEZ
12209 NW 106 COURT
MEDLEY FL 33178


