UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22743-CIV-JEM

NELSON ROMERO, MILEIDY MANTECON,
OTNIEL CISNEROS, MARBELYS NOHEMI CARDY,
and all others similarly situated under 29 U.S.C. 216(B),

      Plaintiff(s),

vs.

GREAT MOBILITY, INC., d/b/a GREAT MOBILITY,
EASTCOAST TRANSPORTATION COMPANY OF
SOUTH FLORIDA, LLC, ERICK CASTILLO, IRENE BRITO,
ELIZABETH SANCHEZ, MAXIMO SANCHEZ,

      Defendant(s),

and

JPMORGAN CHASE BANK, N.A.,

      Garnishee.

_____/

## AMENDED[1] ANSWER OF GARNISHEE AND DEMAND TO JUDGMENT CREDITOR FOR PAYMENT OF ATTORNEYS' FEES

Garnishee JPMORGAN CHASE BANK, N.A. ("Garnishee") answers the Writ of

Garnishment (the "Writ") served on it in the captioned matter as follows:

1.      At the time of service of the Writ (plus sufficient time not to exceed one business

day for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all points

between such times, Garnishee had the following account(s):

**Checking Account ending in 8887**

**Name:**      Great Mobility Inc.

---

[1]      Amended to include an additional deposit.

**Address:**        13135 NW 7th Street
                    Miami, FL 33182

**Account Balance:**  Negative Balance

**Amount Held:**     None

**Checking Account ending in 9100**

**Name:**           Eastcoast Transportation Company of South Florida LLC

**Address:**        1655 W. 44th Place Apt. 317
                    Hialeah, FL 33012

**Account Balance:**  $22,039.92

**Amount Held:**     $22,039.92

2.      Garnishee retains the total amount of $22,039.92 subject to the Writ pursuant to

Florida Statutes § 77.19 and subject to offset for applicable administrative fees pursuant to the

account agreement between Garnishee and Judgment Debtor(s).

3.      At the time of service of the Writ (plus sufficient time not to exceed one business

day for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all points

between such times, Garnishee was NOT INDEBTED to Judgment Debtors Maximo Sanchez,

Elizabeth Sanchez, Irene Brito, and Erick Castillo.

4.      At the time of this Answer and at the time of the service of the Writ, and at all

points between those times, Garnishee has had no other goods, money, chattels, effects, or other

tangible or intangible property of Judgment Debtors Great Mobility, Inc., d/b/a Great Mobility,

Eastcoast Transportation Company of South Florida, LLC, Erick Castillo, Irene Brito, Elizabeth

Sanchez, Maximo Sanchez in its possession or control.

5.      Garnishee does not know of any other persons indebted to Judgment Debtors

Great Mobility, Inc., d/b/a Great Mobility, Eastcoast Transportation Company of South Florida,

LLC, Erick Castillo, Irene Brito, Elizabeth Sanchez, Maximo Sanchez or who may have any of the judgment debtors' property in their possession or control.

6.      Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

7.      These responses are based upon a search of data contained in Garnishee's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor or accounts.

WHEREFORE, the Garnishee demands payment from the judgment creditor to "HERRON ORTIZ, P.A." in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for partial payment of its attorney fee.  Payment shall be sent to 255 Alhambra Circle, Suite 1060, Coral Gables, Florida 33134, and should include the title of the action and its corresponding case number. Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary email address for service of court documents: GService@herronortiz.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on the date stamped on the first page of this notice, upon any counsel of record entitled to receive electronic service in this case.

Respectfully submitted,

Herron Ortiz
Attorneys for JPMorgan Chase Bank, N.A.
255 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
Tel.: (305) 779-8100
Fax: (305) 779-8104

By: /s/Andrew R. Herron
    Andrew R. Herron
    Florida Bar No. 861560
    Charles Brumby
    Florida Bar No. 0084054
    GService@herronortiz.com