UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22743-CIV-JEM

| | |
|---|---|
| NELSON ROMERO, MILEIDY MANTECON, OTNIEL CINEROS, MARBELYS NOHEMI CARDY, and all Others similarly situated under 29 U.S.C. 216(B), <br><br>      Plaintiff <br>  vs. <br><br> GREAT MOBILITY, INC., d/b/a GREAT MOBILITY, EASTCOAST TRANSPORTATION COMPANY OF SOUTH FLORIDA, LLC, ERICK CASTILLO, IRENE BRITO, ELIZABETH SANCHEZ, MAXIMO SANCHEZ, <br><br>      Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**
**CLAIM OF EXEMPTION AND REQUEST FOR HEARING**

      COMES NOW the Defendant, Great Mobility, Inc. d/b/a Great Mobility, by and through the undersigned attorney and files this Notice of Filing Claim of Exemption and Request for Hearing.

Respectfully submitted,

/s/W*INSTON I. CUENANT*
Winston I. Cuenant
2550 N. Fed Hwy #10
Ft. Lauderdale, FL 33305
Telephone: (954) 766-4271
Attorney for Defendant

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court and that a true and correct copy of this **Notice** has been provided via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 11th day of October 2018.

                                          Respectfully submitted,

                                          /s/WINSTON I. CUENANT
                                          2550 N. Federal Hwy #10
                                          Ft. Lauderdale, FL    33305
                                          Telephone: (954) 766-4271
                                          FBN:    50167

SERVICE LIST:
Natalie Ann Staroschak, J.H. Zidell, P.A., 300 71st St., Suite 605, Miami Beach, FL 33141;

Neil Tobak, J.H. Zidell P.A., 300 71st Suite 605, Miami Beach, FL 33141;

Rivkah Fay Jaff, J.H. Zidell, P.A., 300-71st Street, Ste 605, Miami Beach, FL 33141;

Jamie H. Zidell, 300 71st Street, Suite 605, Miami Beach, FL 33141;

Andrew R. Herron, Herron Ortiz, 255 Alhambra Circle, Suite 1060, Coral Gables, FL 33134

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22743-CIV-JEM

NELSON ROMERO, MILEIDY )
MANTECON, OTNIEL CINEROS, )
MARBELYS NOHEMI CARDY, and all )
Others similarly situated under 29 U.S.C. )
216(B), )
 )
       Plaintiff, )
vs. )
 )
GREAT MOBILITY, INC., d/b/a )
GREAT MOBILITY, EASTCOAST )
TRANSPORTATION COMPANY OF )
SOUTH FLORIDA, LLC, ERICK )
CASTILLO, IRENE BRITO, )
ELIZABETH SANCHEZ, MAXIMO )
SANCHEZ, )
 )
       Defendants, )

---

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

__X__ 1. Head of family wages. (You must check a. or b. below.)
____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
____ 2. Social Security benefits.
____ 3. Supplemental Security Income benefits.
____ 4. Public assistance (welfare).
____ 5. Workers' Compensation.
____ 6. Unemployment Compensation.
____ 7. Veterans' benefits.
____ 8. Retirement or profit-sharing benefits or pension money.
____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
____ 10. Disability income benefits.

Rev 4/01/06                                          1

____ 11. Prepaid College-Trust Fund or Medical Savings Account.
____ 12. Other exemptions as provided by law. _____
_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address:

ELIZABETH SANCHEZ
12209 NW 106 COURT
MEDLEY, FLORIDA 33178

Telephone Number:

786-426-2575

The statements made in this request are true to the best of my knowledge and belief.

_____
Defendant's signature
Date: 10-11-2018

STATE OF FLORIDA,
COUNTY OF Dade.

Sworn and subscribed to before me this 11 day of October, 20 18 by Elizabeth Sanchez.

MARIANA PIOTROSKI
Commission # GG 154097
Expires February 21, 2022
Bonded Thru Budget Notary Services

_____
Notary Public/Deputy Clerk

____ Personally known OR
 X   Produced identification
Type of identification produced: DL # S522-220-81-720-0

Rev 4/01/06                                            2